UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Comcast of Southern New England, Inc.<br>Plaintiff<br><br>v.<br><br>Jennifer Lemay<br>Defendant | Civil Action No.<br>04-12521-REK |

### DEFENDANT'S ANSWER AND DEMAND FOR JURY TRIAL

Now comes the Defendant, Jennifer Lemay, and respectfully Answers the Plaintiff's Complaint as follows:

1. The Defendant denies the allegations contained in paragraph 1 of the Complaint.

2. The Defendant denies the allegations contained in paragraph 2 of the Complaint.

3. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint.

4. The Defendant admits that she is an individual with her principal place of residence at 217 Brayton Avenue, Fall River, MA 02721. The Defendant denies any remaining allegations contained in paragraph 4 of the Complaint.

5. No allegations of fact are made in paragraph 5 of the Complaint and therefore no response is required.

6. No allegations of fact are made in paragraph 6 of the Complaint and therefore no response is required.

7. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint.

8. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint.

9. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 9 of the Complaint.

10. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint.

11. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint.

12. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint.

13. The Defendant denies the allegations contained in paragraph 13 of the Complaint.

14. The Defendant denies the allegations contained in paragraph 14 of the Complaint.

15. The Defendant denies the allegations contained in paragraph 15 of the Complaint.

16. The Defendant denies the allegations contained in paragraph 16 of the Complaint.

17. The Defendant hereby incorporates by reference its answers to paragraphs 1 through 16 above.

18. The Defendant denies the allegations contained in paragraph 18 of the Complaint.

19. The Defendant denies the allegations contained in paragraph 19 of the Complaint.

20. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 20 of the Complaint.

21. The Defendant denies the allegations contained in paragraph 21 of the Complaint.

22. The Defendant denies the allegations contained in paragraph 22 of the Complaint.

23. The Defendant denies the allegations contained in paragraph 23 of the Complaint.

24. The Defendant hereby incorporates by reference its answers to paragraphs 1 through 23 above.

25. The Defendant denies the allegations contained in paragraph 25 of the Complaint.

26. The Defendant denies the allegations contained in paragraph 26 of the Complaint.

27. The Defendant denies the allegations contained in paragraph 27 of the Complaint.

## AFFIRMATIVE DEFENSES

By way of affirmative defense, the Defendant states that:

1. The Plaintiff's Complaint fails to state a claim upon which relief may be granted.

2. The Plaintiff's Complaint is barred by the applicable statute of limitations.

3. The Defendant has not engaged in the conduct alleged in the Complaint and has not caused the Plaintiff to suffer any damages.

WHEREFORE, the Defendant respectfully prays that the Plaintiff's Complaint be dismissed and that judgment be entered in favor of the Defendant with costs.

The Defendant demands a trial by jury on all claims so triable.

                                        Respectfully submitted,
                                        Jennifer Lemay,
                                        By her attorney:

                                        John J. Coughlin
                                        McGUIRE & COUGHLIN, P.C.
                                        70 South Main Street
                                        P.O. Box 1187
                                        Fall River, MA 02722
                                        508-675-7896 (phone)
                                        508-675-6595 (fax)
                                        BBO # 646892

Dated: February 23, 2005

## CERTIFICATE OF SERVICE

I, John J. Coughlin, Esq., do hereby certify that I have this date served a true copy of the foregoing Defendant's Answer by first class mail, postage prepaid, upon John M. McLaughlin, Esq., of Green, Miles, Lipton & Fitz-Gibbon, 77 Pleasant Street, P.O. Box 210, Northampton, MA 01061, counsel for the Plaintiff.

                                        John J. Coughlin, Esq.

Dated: February 23, 2005