AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED IN CLERKS OFFICE 2005 MAR -7 P 2:59 U.S. DISTRICT COURT DISTRICT OF MASS.

Comcast of Southern New England,Inc

V.

Jennifer Lemay

SUMMONS IN A CIVIL CASE

CASE NUMBER: 521

TO: (Name and address of Defendant)

Jennifer Lemay
217 Brayton Ave.
Fall River, MA 02721

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

UNITED STATES DISTRICT COURT MASSACHUSETTS

TONY ANASTAS

CLERK

NOV 30 2004

DATE

(By) DEPUTY CLERK

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

*Bristol, ss.*

[illegible]

*Deputy Sheriff*

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on [illegible]
Date

Signature of Server

[illegible]
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.