UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Comcast of Southern New England, Inc. )<br>    Plaintiff )<br> )<br>v. )<br> )<br>Jennifer Lemay )<br>    Defendant )<br> ) | Civil Action No.<br>04-12521-REK |

STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action have agreed to settle this matter and pursuant to the provisions of Fed.R.Civ.P.41(a)(1)(ii) hereby stipulate that said action be dismissed with prejudice and without cost to either party.

Respectfully Submitted,

Plaintiff, Comcast of Southern
New England, Inc., By it's Attorney:

_____
John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061-0210
Telephone: (413) 586-0865
BBO No. 556328
jmclaughlin@greenmiles.com

Date: May 31, 2005

Defendant, Jennifer Lemay,
By her Attorney

_____
John J. Coughlin
**McGuire & Coughlin, P.C.**
The Academy Building
70 South Main Street
P.O. Box 1187
Fall River, MA 02722-1187
BBO No. 646892
mcguirecoughlin@meganet.net

Date: May 27, 2005

## CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 1st day of June, 2005, a copy of the foregoing Stipulation of Dismissal With Prejudice was mailed first class to:

John J. Coughlin
70 South Main Street
P.O. Box 1187
Fall River, MA 02722-1187

                                              /s/ John M. McLaughlin
                                              John M. McLaughlin, Esq.